

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:25-cr-00120
    21 U.S.C. § 841(a)(1)

TODD JEFFERY ULLUM

## INFORMATION

The Acting United States Attorney charges:

On or about December 11, 2024, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant TODD JEFFERY ULLUM knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

### SENTENCING ENHANCEMENT PROVISION

Defendant, TODD JEFFERY ULLUM, prior to committing the violation contained in this single-count Information, had the following conviction for a serious drug felony, that had become final for the purposes of 21 U.S.C. § 841, that is, convicted on or about April 11, 2011, in Roane County Circuit Court, Docket Case Number 11-F-0025, of the offense of Operating or Attempting to Operate a Clandestine Drug Laboratory, in violation of W. Va. Code § 60A-4-411, for which a maximum term of imprisonment of 10 years or more was prescribed by law, for which the defendant served more than 12 months in prison, and for which the defendant was released within 15 years of the commencement of the offense charged in this Information.

In violation of Title 21, United States Code, Sections 802(58), 841, and 851.

**NOTICE OF FORFEITURE**

The allegations contained in this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853(a)

Pursuant to 21 U.S.C. § 853(a) and Rule 32.2(a) of the Federal Rules of Criminal Procedure, upon the conviction of an offense in violation of 21 U.S.C. § 841(a)(1), the defendant TODD JEFFERY ULLUM shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses and any property used, intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses, including but not limited to $5,020.00, more or less, in United States currency seized by law enforcement officers on January 21, 2025.

LISA G. JOHNSTON
Acting United States Attorney

By: *D. Keith Randolph*
D. KEITH RANDOLPH
Assistant United States Attorney